UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STEVEN L. HILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3-15-0155 |
| v. ) | Senior Judge Haynes |
| ) | |
| YOSHI QUEZERGUE, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 6) to bar Plaintiff's claim for res judicata and dismiss this action under 28 U.S.C. § 1915A for failure to state a claim. Plaintiff filed an objection (Docket Entry No. 10) that the Court has considered.

After de novo review, the Report and Recommendation is **ADOPTED**. Plaintiff's claim is barred by res judicata and this action is **DISMISSED** under 28 U.S.C. § 1915A for failure to state a claim.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the ___ day of April, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge